JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD TARUC,<br><br>       Plaintiff,<br><br>   vs.<br><br>STAR AUTO CHECK COVINA LLC;<br>AMBROSE S WEHNER; and DOES 1 to 10,<br><br>       Defendants. | Case No.: 8:25-cv-01129-RGK (MAAx)<br><br>Order and ~~Proposed~~ Judgment Re: Default Judgment<br><br>Date: October 27, 2025<br>Time: 9:00 a.m.<br>Courtroom: 850, 8th Floor<br><br>Honorable Judge R. Gary Klausner<br><br>[20] |

Upon review of the court files, the motion for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff BERNARD TARUC shall have JUDGMENT in his favor in the amount of $3,173.14 as fees-and-costs award against Defendant STAR AUTO CHECK COVINA LLC.

//

//

Additionally, Defendant STAR AUTO CHECK COVINA LLC is ordered to provide an accessible parking space at the property located at or about 700 N. Grand Ave., Covina, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines that is readily available, as defined by the ADA.

Dated: 11/7/2025

*/s/ Gary Klausner*

R. Gary Klausner

United States District Judge